2:19CR850 Linda C CR-19-850-6-25.19
Case 2:19-cr-00850 Document 14 Filed on 07/03/19 in TXSD Page 1 of 1
Case 2:19-mj-02225 Document 8 Filed on 07/03/19 in TXSD Page 1 of 1

AO 435 (Rev. 03/08)
Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: BRITTANY L. JENSEN | 2. PHONE NUMBER: (361) 888-3111 | 3. DATE: 7/3/2019 |
| 4. MAILING ADDRESS: 800 N. Shoreline Blvd., Ste. 500 | 5. CITY: Corpus Christi | 6. STATE: TX / 7. ZIP CODE: 78401 |
| 8. CASE NUMBER: C-19-2225-M | 9. JUDGE: JASON B. LIBBY | DATES OF PROCEEDINGS — 10. FROM: 6/25/2019 — 11. TO: 6/25/2019 |
| 12. CASE NAME: USA v. EDWARD SANCHEZ | | LOCATION OF PROCEEDINGS — 13. CITY: Corpus Christi — 14. STATE: Texas |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Detention Hearing | 6/25/2019 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES: 0 | | 0.00 |
| 14-Day | [ ] | [ ] | NO. OF COPIES: | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES: | | 0.00 |
| DAILY | [x] | [ ] | NO. OF COPIES: | | 290.00 |
| HOURLY | [ ] | [ ] | NO. OF COPIES: | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 290.00

18. SIGNATURE: [signed]
19. DATE: 7/3/19

PROCESSED BY: S. Revera 7/3/19
PHONE NUMBER: 361-888-3142

TRANSCRIPT TO BE PREPARED BY: Exceptional

COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 290.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 290.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 290.00 |

DISTRIBUTION: COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY