UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                           Case Number: 2:19–cr–00850

Edward Sanchez

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:** 7/24/2019

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Revoke or Rescind – #11

Date:   July 8, 2019

                                                       David J. Bradley, Clerk