United States District Court
Southern District of Texas
**ENTERED**
September 16, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **CRIMINAL NO. C-19-850** |
| | * | |
| **EDWARD SANCHEZ** | * | |
| **AKA WADO CANO** | | |

## ORDER

**BE IT REMEMBERED**, that on the _____ day of ___9/16/19___, 2019, came

on to be considered the above and foregoing Request to Disclose Expert Witnesses by Defendant.

After consideration of the same, it is the opinion of the Court that Defendant's Motion be:

( ✓ )   **GRANTED**.

(   )   **DENIED**, to which ruling the Defendant excepts.

(   )   **SET FOR HEARING ON THE** _____ day of _____, 2019, at

_____ o'clock _____.

**SIGNED** and **ENTERED** this _____ day of ___9/16/19___, 2019.

_____
**JUDGE PRESIDING**