UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
September 16, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. C-19-850 |
| | * | |
| EDWARD SANCHEZ | * | |
| AKA WADO CANO | | |

## ORDER

On this day Defendant's Rule 404(b) Motion was presented to the Court for its consideration. The Court finds that such motion is (**GRANTED** / DENIED).

**IT IS THEREFORE ORDERED AND DECREED** that the Government, pursuant to Rule 404(b), give Defendant notice, no less than __3__ days before trial, of the Government's intention to introduce into the Government's case in chief any character evidence other than that arising from the same transaction.

SIGNED __9/16/19__, 2019.

_____
JUDGE PRESIDING