UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:19-CR-850 |
| | § | |
| EDWARD SANCHEZ | § | |

## **ORDER**

On September 28, 2021, Defendant filed objections to the Presentence Investigation Report (D.E. 103). Defendant generally objects to the offense conduct set out in the report, but does not specify which facts are objected to. He denies the adjustments, offense characteristics, and enhancements set out in the report, argues that financial penalties should not be applied, and objects to the proposed conditions of supervised release. However, he does not provide applicable law as required by the Sentencing Order (D.E. 96). Defendant is advised that absent specificity and applicable authority, the Court cannot properly consider the objections.

ORDERED this 5th day of October, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE